UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| TAMMY DUNN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **JUDGMENT** No. 5:14-CV-148-FL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 9, 2015, and for the reasons set forth more specifically within the memorandum and recommendation, that defendant's motion is granted and this matter is dismissed.

**This Judgment Filed and Entered on January 9, 2015, and Copies To:**

Mary Ellen Russell (via CM/ECF Notice of Electronic Filing)
Tammy Dunn (via U.S. Mail) 304 Horseshoe Drive, Goldsboro, NC 27534


January 9, 2015         JULIE A. RICHARDS, CLERK
                         /s/ Christa N. Baker
                        (By) Christa N. Baker, Deputy Clerk